UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE LEE LAZENBERRY,

    Plaintiff,

vs.       Case No. 3:13-cv-965-J-39JRK

FEMA,

    Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 17; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on March 17, 2014. In the Report, Magistrate Judge Klindt recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 8), which was construed as a motion to proceed in forma pauperis, be denied and this case be dismissed without prejudice for lack of subject matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted. (Doc. 5). After being ordered by the undersigned to file a response to Judge Klindt's Report (see Doc. 23),[1] Plaintiff, on June 30, 2014, submitted a Response consisting of a one-page handwritten document with four pages of exhibits (Doc. 24), which the Court construes as his objections to the Report and Recommendation.

The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific

---

[1] On March 26, 2014, Plaintiff appealed the Magistrate Judge's Report and Recommendation to the Eleventh Circuit Court of Appeals. (Doc. 18). The Eleventh Circuit dismissed the appeal on June 16, 2014, for lack of subject matter jurisdiction. (Doc. 22).

objections to findings of fact are filed, the district court is not required to conduct de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Response to the Report and Recommendation (Doc. 24), which the Court construes as his objections to the Report and Recommendation are **OVERRULED** and the Magistrate Judge's Report and Recommendation (Doc. 17) is **ADOPTED** as the opinion of this Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 8), which the Court construes as a motion to proceed in forma pauperis, is **DENIED**.

3. This case is **DISMISSED** without prejudice.

4. The Clerk of the Court is directed to terminate all pending motions and

deadlines as moot, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of July, 2014.

_____
BRIAN J. DAVIS
United States District Judge

jl

Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

Pro Se Plaintiff